

FILED
SEP 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) 3:25 CR 415 |
| | ) JUDGE KNEPP |
| v. | ) CASE NO. MAGISTRATE JUDGE CLAY |
| | ) Title 18, United States Code, |
| JAMES ROBERT MERKLE, | ) Sections 922(a)(6), (g)(1), |
| TIMOTHY MICHAEL SCOTT, | ) 924(a)(2), (a)(8), 932(b)(1), |
| | ) (c)(1) and 2 |
| Defendant. | ) |

COUNT 1
(Straw Purchase, 18 U.S.C. §§ 932(b)(1), (c)(1) and 2)

The Grand Jury charges:

1. On or about February 28, 2025, in the Northern District of Ohio, Western Division, Defendants JAMES ROBERT MERKLE and TIMOTHY MICHAEL SCOTT, knowingly purchased, and conspired to purchase, a firearm, to wit: a HS (Springfield Armory) Model Hellcat, 9X19 caliber pistol, bearing serial number BF164958, for, on behalf of, and at the request or demand of TIMOTHY MICHAEL SCOTT, knowing and having reasonable cause to believe that such person is a prohibited person as defined by Title 18, United States Code, Section 922(d)(1), said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 932(b)(1), (c)(1) and 2.

ORIGINAL

## COUNT 2
(False Statement in Connection with the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2. On or about February 28, 2025, in the Northern District of Ohio, Western Division, Defendant JAMES ROBERT MERKLE, in connection with the acquisition of a firearm, to wit: a HS (Springfield Armory) Model Hellcat, 9X19 caliber pistol, bearing serial number BF164958, from Rural King, 1800 E. State Street, Fremont, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive the firearms dealer, as to a fact material to the lawfulness of such sale of said firearm to Defendant under Chapter 44 of Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 3
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about February 28, 2025, in the Northern District of Ohio, Western Division, Defendant TIMOTHY MICHAEL SCOTT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Willful Injury, in violation of Iowa code § 708.4(2), on or about January 14, 2008, in Case Number 07161 FECR020121, in the Cedar County District Court, Iowa, knowingly possessed in and affecting interstate commerce a firearm, to wit: a HS (Springfield Armory) Model Hellcat, 9X19 caliber

pistol, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about March 8, 2025, in the Northern District of Ohio, Western Division, Defendant TIMOTHY MICHAEL SCOTT, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Willful Injury, in violation of Iowa code § 708.4(2), on or about January 14, 2008, in Case Number 07161 FECR020121, in the Cedar County District Court, Iowa, knowingly possessed in and affecting interstate commerce a firearm, to wit: a HS (Springfield Armory) Model Hellcat, 9X19 caliber pistol, bearing serial number BF164958, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1), 934, and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of foregoing offenses, Defendants JAMES ROBERT MERKLE and TIMOTHY MICHAEL SCOTT, shall forfeit to the United States, any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged in Counts 1 through 4; and any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged in Count 1; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the

commission of the offense charged in Count 1; including, but not limited to, the following: HS (Springfield Armory) Model Hellcat, 9X19 caliber pistol, bearing serial number BF164958.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.